1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11  MIGUEL GARZA,

12          Petitioner,                    2:04-cv-0625-GEB-JFM-P

13      vs.

14  SCOTT KERNAN, Warden, et al.,

15          Respondent.              <u>ORDER</u>

16  _____/

17          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

18  this court's September 28, 2009 denial of his application for a writ of habeas corpus.  Before

19  petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

20  Fed. R. App. P. 22(b).

21          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

22  applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

23  § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

24  satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

25          A certificate of appealability should be granted for any issue that petitioner can

26  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3          Petitioner has made a substantial showing of the denial of a constitutional right in

4  the following issue presented in the instant petition:  the prosecutor's peremptory strike of an

5  African-American woman from the jury panel was based on race in violation of <u>Batson v.</u>

6  <u>Kentucky</u>, 467 U.S. 79 (1986);

7          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

8  issued in the present action.

9  Dated:  November 9, 2009

10

11                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25      [1]  Except for the requirement that appealable issues be specifically identified, the standard
    for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26  a certificate of probable cause.  <u>Jennings</u>, at 1010.